UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FARRELL ROCHELLE<br>LA. DOC #596275 | CIVIL ACTION NO. 5:16-cv-1594 |
| | SECTION P |
| VS. | |
| | JUDGE ELIZABETH E. FOOTE |
| DARRELL VANNOY | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Farrell Rochelle's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [doc. # 1], is hereby **DENIED and DISMISSED WITH PREJUDICE..**

THUS DONE AND SIGNED this 25th day of September, 2017, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE